UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BILLY PERRY, | Civil No. 05-3149 (JLL) |
| Petitioner, | |
| v. | **ORDER** |
| JOHN NASH, et al., | |
| Respondents. | |

For the reasons set forth in the Opinion filed herewith,

It is on this _8th_ day of _August_, 2005,

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies; and it is further

ORDERED that the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and it is finally

ORDERED that the Clerk shall serve upon Petitioner, Reg. No. 24964-050, copies of this Order and the accompanying Opinion by regular mail, and shall close the file.

JOSE L. LINARES, U.S.D.J.